# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| FULL SERVICE SYSTEMS CORPORATION | § § § | PLAINTIFF |
| v. | § § | CIVIL ACTION NO. 1:08CV103-LG-RHW |
| INNOVATIVE HOSPITALITY SYSTEMS, LLC OF LOUISIANA | § § § | DEFENDANT |

## JUDGMENT

This action was tried by a jury with Judge Louis Guirola, Jr., presiding, and the jury has rendered a verdict. In addition, this Court has issued a Memorandum Opinion and Order Dismissing Full Service's Declaratory Judgment Claim. It is ordered that the plaintiff recover nothing, the action be dismissed on the merits, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED** this the 30th day of August, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE